**STATE of Minnesota, Respondent,**

v.

**James W. MEEHAN, Jr., Appellant.**

**No. 48713.**

Supreme Court of Minnesota.

June 15, 1979.

C. Paul Jones, Public Defender, and Evalynn B. Welling, Asst. Public Defender, Minneapolis, for appellant.

Warren Spannaus, Atty. Gen., St. Paul, William B. Randall, County Atty., and Steven C. DeCoster, Asst. County Atty., St. Paul, for respondent.

SHERAN, Chief Justice.

Defendant was found guilty by a district court jury of aggravated assault with a dangerous weapon, Minn.St. 609.225, subd. 2, and was sentenced by the trial court to a prison term of 1 to 5 years. The sole issue raised by defendant on this direct appeal from judgment of conviction is whether the evidence on the issue of intent was legally insufficient to justify the guilty verdict. There is no merit to this contention, and we affirm.

Affirmed.